UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                    CASE NO. 10-10150-GVL1
                                          CHAPTER 13
MARY ELLEN STARLING


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: SOUTHEASTERN FEDERAL CREDIT UNION which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410422 in the amount of 148.50 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    ─────────────────────────
                    OFFICE OF THE CHAPTER 13 TRUSTEE
                    POST OFFICE BOX 646
                    TALLAHASSEE, FL 32302
                    ldhecf@earthlink.net
                    (850) 681-2734 "Telephone"
                    (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| MARY ELLEN STARLING<br>462 HIGHWAY 53 NORTH<br>MAYO,  FL  32066 | SOUTHEASTERN FED. C.U.<br>3137 N ASHLEY ST<br>VALDOSTA, GA 31602 |

AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
STE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                              ─────────────────────────
3/31/2011  4:24 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```